UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SULEYMAN KUCUR,

                Plaintiff,

                v.

FINANCIAL RECOVERY SERVICES, INC.
and LVNV FUNDING, LLC,


                Defendants.
----------------------------------------------------------------X

JUDGMENT

19-CV-5453 (AMD) (VMS)

A Memorandum, Decision, and Order of the Honorable Ann M. Donnelly, United States

District Judge, having been filed on April 9, 2019, granting defendants' motion to dismiss; and

dismissing plaintiff's complaint with prejudice; it is

ORDERED and ADJUDGED that defendants' motion to dismiss is granted; that

plaintiff's complaint is dismissed with prejudice; and that judgment is hereby entered in favor of

defendants.

Dated:  Brooklyn, New York
       April 10, 2020

                               Douglas C. Palmer
                               Clerk of Court
                  By:   */s/Jalitza Poveda*
                               Deputy Clerk